```
                                United States Bankruptcy Court
                                 Northern District of Ohio
In re:                                                                  Case No. 18-31682-maw
Ricky L. Thees                                                          Chapter 7
          Debtor                       CERTIFICATE OF NOTICE
District/off: 0647-3          User: sheym                  Page 1 of 2                  Date Rcvd: May 29, 2018
                              Form ID: 309A                Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2018.
db             +Ricky L. Thees,    14338 Shooting Star Dr.,   Noblesville, IN 46060-4607
tr             +Ericka S. Parker Trustee,    P.O. Box 262,   Curtice, OH 43412-0262
25477804       +AT&T Mobility,    c/o Bankruptcy,    4331 Communications Dr.,    Floor 4 W,
                 Dallas, TX 75211-1300
25477803       +Anthony Huspaska, Atty.,    Attn: Bankruptcy Correspondence,    2618 E. Paris Ave. SE,
                 Grand Rapids, MI 49546-2454
25477805       +Auglaize Family Practice,    1007 W. Auglaize St.,    Wapakoneta, OH 45895-1351
25477806       +Bisk Ed Inc.,    9417 Princess Palm Ave.,    Tampa, FL 33619-8313
25477808       +Bridgecrest Credit Company LLC,    1720 West Rio Salado Parkway,    Tempe, AZ 85281-6590
25477813      ++CHOICE RECOVERY INC,    1550 OLD HENDERSON ROAD,    STE 100,   COLUMBUS OH 43220-3662
                 (address filed with court: Choice Recovery,     1550 Old Henderson Rd.,    Suite 100,
                   Columbus, OH 43220)
25477816      ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
                 (address filed with court: Citifinancial,     300 Saint Paul Pl,    Baltimore, MD 21202)
25477809        Cach LLC.,    Attn: Bankrtcy Corresp.,    c/o 55 Beattie Place,    Suite 110,
                 Greenville, SC 29601
25477811       +Centerpoint,    Attn:Bankruptcy Dept,    Po Box 1700,   Houston, TX 77251-1700
25477817        Columbus Radiology Corporation,    P.O. Box 714563,    Cincinnati, OH 45271-4563
25477819       +Conserve,    P.O. Box 7,   Fairport, NY 14450-0007
25477821       +Direct TV-AT&T,    c/o Bankruptcy,    4331 Communications Dr.,    Flr 4 W,   Dallas, TX 75211-1300
25477823       +ERC/Enhanced Recovery Group,    Attn: Bankruptcy,    8014 Bayberry Rd.,
                 Jacksonville, FL 32256-7412
25477827       +Joint Twp. Dist. Memorial Hosp.,    200 Saint Clair Ave.,    Saint Marys, OH 45885-2494
25477830        Lima Radiological Assoc. Inc.,    5700 Southwyck Blvd,    Toledo, OH 43614-1509
25477833        Mercer Health,    830 W. Main St.,    Coldwater, OH 45828-1657
25477834       +Ncp Finance Oh,    205 Sugar Camp Cir,    Oakwood, OH 45409-1970
25477836       +Orthopaedic Institute of Ohio,    801 Medical Drive,    Suite A,   Lima, OH 45804-4030
25477838        Spint,   c/o Bankruptcy,    P.O. Box 4191,    Carol Stream, IL 60197-4191
25477840       +Steven Thees,    14338 Shooting Star Dr.,    Noblesville, IN 46060-4607
25477841       +Us Dept Of Ed/Great Lakes Higher Educati,    Attn: Bankruptcy,    2401 International Lane,
                 Madison, WI 53704-3121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: qlaw@ureach.com May 29 2018 22:19:36      Quentin M. Derryberry, II,    PO Box 2056,
                 15 Willipie Street Suite 220,    Wapakoneta, OH  45895
ust            +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov May 29 2018 22:20:20       Cynthia J. Thayer,
                 US Department of Justice,    201 Superior Avenue,    Suite 441,   Cleveland, OH 44114-1234
25477802       +EDI: AFNIRECOVERY.COM May 30 2018 02:03:00      Afni,   Attn: Bankruptcy,    P.O. Box 3097,
                 Bloomington, IL 61702-3097
25477810       +E-mail/Text: cashamerica@nuvox.net May 29 2018 22:20:38       Cashland,   408 E. Emmitt Avenue,
                 Waverly, OH 45690-1340
25477812       +E-mail/Text: khorner@checkintocash.com May 29 2018 22:21:53       Check Into Cash,
                 Attn: Bankruptcy Department,    P.O. Box 550,    Cleveland, TN 37364-0550
25477818       +E-mail/Text: LEGAL@COMWIDE.COM May 29 2018 22:22:03       Communitywide Federal Credit Union,
                 1555 W. Western Ave,    South Bend, IN 46619-3742
25477822       +EDI: DVTM.COM May 30 2018 02:03:00      DT Credit Company, LLC,    Attn: Bankruptcy Dept.,
                 P.O. Box 29018,   Phoenix, AZ 85038-9018
25477820       +E-mail/Text: electronicbkydocs@nelnet.net May 29 2018 22:21:04       Dept Of Ed/582/Nelnet,
                 Nelnet Claims,   Po Box 82505,    Lincoln, NE 68501-2505
25477824       +E-mail/Text: fspencer@ioshospital.com May 29 2018 22:20:26
                 Institute for Orthopaedic Surgery,    801 Medical Dr.,    Suite B,   Lima, OH 45804-4030
25477825        EDI: JEFFERSONCAP.COM May 30 2018 02:03:00      Jefferson Capital Systems, LLC,    Po Box 7999,
                 Saint Cloud, MN 56302
25477828        E-mail/Text: processing@keybridgemed.com May 29 2018 22:21:27       Key Bridge,   P.O. Box 1568,
                 Lima, OH 45802-1568
25477829       +E-mail/Text: processing@keybridgemed.com May 29 2018 22:21:27       Key Bridge Medical Revenue,
                 Attn. Bankruptcy,    P.O. Box 1568,   Lima, OH 45802-1568
25477831       +EDI: RESURGENT.COM May 30 2018 02:03:00      LVNV Funding/Resurgent,    P.O. Box 10497,
                 Greenville, SC 29603-0497
25477832       +E-mail/Text: kfullenkamp@mercer-health.com May 29 2018 22:19:47       Mercer Health,
                 800 W. Main St.,    Coldwater, OH 45828-1613
25477835       +EDI: AGFINANCE.COM May 30 2018 02:03:00      Onemain Financial,    Attn: Bankruptcy,
                 Po Box 3251,   Evansville, IN 47731-3251
25477839        EDI: AGFINANCE.COM May 30 2018 02:03:00      Springleaf Financial S,    1092 N Cable Rd,
                 Lima, OH 45805
25477837       +EDI: DRIV.COM May 30 2018 02:03:00      Santander Consumer USA,    Po Box 961245,
                 Ft Worth, TX 76161-0244
25477842       +EDI: VERIZONCOMB.COM May 30 2018 02:03:00      Verizon Wireless,    500 Technology Drive,
                 Suite 550,   Weldon Spring, MO 63304-2225
25477843       +E-mail/Text: wci.bankruptcy@windstream.com May 29 2018 22:22:09
                 Windstream Communications Inc.,    4001 Rodney Parham Rd.,    Little Rock, AR 72212-2459
                                                                                               TOTAL: 19
```

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
25477807*      +Bisk Ed. Inc.,   9417 Princess Palm Ave.,    Tampa, FL 33619-8313
25477814*     ++CHOICE RECOVERY INC,    1550 OLD HENDERSON ROAD,    STE 100,    COLUMBUS OH 43220-3662
               (address filed with court:   Choice Recovery Inc.,    1550 Old Henderson Rd.,
                 Columbus, OH 43220)
25477815*     ++CHOICE RECOVERY INC,    1550 OLD HENDERSON ROAD,    STE 100,    COLUMBUS OH 43220-3662
               (address filed with court:   Choice Recovery Inc.,    c/o Bankruptcy Dept.,
                 1550 Old Henderson Rd.,    Suite 100,    Columbus, OH 43220)
25477826*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court:   Jefferson Capital Systems, LLC,    P.O. Box 7999,
                 Saint Cloud, MN 56302)
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2018　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2018 at the address(es) listed below:
　　　　　Ericka S. Parker Trustee    esparker@sbcglobal.net, oh04@ecfcbis.com
　　　　　Quentin M. Derryberry, II    on behalf of Debtor Ricky L. Thees qlaw@ureach.com,
　　　　　 qdlawfirm@gmail.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 2

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Ricky L. Thees** | Social Security number or ITIN | xxx–xx–9854 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Ohio** | Date case filed for chapter | **7   5/28/18** |
| Case number: | **18–31682–maw** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Ricky L. Thees | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 14338 Shooting Star Dr.<br>Noblesville, IN 46060 | |
| 4. | **Debtor's attorney**<br>Name and address | Quentin M. Derryberry II<br>PO Box 2056<br>15 Willipie Street Suite 220<br>Wapakoneta, OH 45895 | Contact phone 419–738–3217<br><br>Email: glaw@ureach.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ericka S. Parker Trustee<br>P.O. Box 262<br>Curtice, OH 43412 | Contact phone (419) 243–0900<br><br>Email: esparker@sbcglobal.net |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                                 page 1

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at <u>www.pacer.gov</u>. <br> <u>www.ohnb.uscourts.gov</u>. | United States Bankruptcy Court <br> 1716 Spielbusch Ave Room 411 <br> Toledo, OH 43604 | Hours open 9:00 AM – 4:00 PM <br><br> Contact phone 419–213–5600 <br><br> Date: 5/29/18 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 19, 2018 at 01:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> *** Valid photo identification required *** <br> *** Proof of Social Security Number required *** | Location: <br><br> **Ohio Building, 420 Madison Ave, Room 680, Toledo, OH 43604** |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/17/18** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at <u>www.pacer.gov</u>. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**

18-31682-maw     Doc 6     FILED 05/31/18     ENTERED 06/01/18 00:21:53     Page 4 of 4